

FILED LM
10/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **1:25-cr-00656**<br>Judge Manish S. Shah<br>Case No. Magistrate Judge M. David Weisman<br>RANDOM/Cat. 4 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| ANTONIO TUCKER | |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about June 14, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO TUCKER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock, .45 caliber semi-automatic handgun, bearing serial number AGVF947, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2024 GRAND JURY alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a loaded Glock, .45 caliber semi-automatic handgun, bearing serial number AGVF947, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2